UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Stewart O'Nan, an individual; Abdi Nazemian, an individual; and Brian Keene, an individual;<br><br>*Individual and Representative Plaintiffs,*<br>v.<br><br>Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation;<br><br>*Defendants.* | Case No. 3:24-24-cv-01451<br>Case No. 3:20-24-cv-02653<br><br>**[PROPOSED]** ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES |
| Rebecca Makkai and Jason Reynolds<br><br>*Individual and Representative Plaintiffs,*<br>v.<br><br>Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation;<br><br>*Defendants.* | |

1   Having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should be
2   Related, as well as the pleadings on file, the Court GRANTS the Motion and ORDERS the Clerk to
3   relate the later-filed case, *Makkai et al v. Databricks, Inc. et al.,* No. 3:20-24-cv-02653, (N.D. Cal.) to the
4   first-filed case *O'Nan, et al. v. Databricks, Inc. et al.,* No. 3:24-24-cv-01451 (N.D. Cal.).

6   **IT IS SO ORDERED.**

8   Dated: May __13__, 2024                                  _____
9                                                             Judge Charles R. Breyer
                                                              UNITED STATES DISTRICT JUDGE