AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

**List continued on page 2.**

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT**<br>**(PAGE 2)** |

| **x** - ACTION<br>**Docket Number:** 4:24-cv-2653 | **Date Filed:** 05/02/2024 | **COURT NAME AND LOCATION:**<br>USDC Northern District Of California San Francisco Division |
|---|---|---|
| **PLAINTIFF:**<br>REBECCA MAKKAI, JASON REYNOLDS, Individually and on behalf of all others similarly situated | | **DEFENDANT:**<br>DATABRICKS, INC., a Delaware corporation; and MOSAIC ML, INC., a Delaware corporation |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 6 | TX0008334729 | Ghost | Jason Reynolds |
| 7 | TX0008557751 | Patina : Patty Ain't No Junk | Jason Reynolds |
| 8 | TX0008201443 | All American Boys | Jason Reynolds; Brendan Kiely |
| 9 | TX0008587672 | Sunny | Jason Reynolds |
| 10 | TX0008579023 | Long Way Down | Jason Reynolds |
| 11 | TX0008820565 | Look Both Ways | Jason Reynolds |
| 12 | TX0007827767 | When I Was the Greatest | Jason Reynolds |