[Counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Stewart O'Nan, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>Databricks, Inc., Mosaic ML, Inc.,<br><br>    Defendants. | Case No. 3:24-cv-01451-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES**<br><br>Judge: Hon. Charles R. Breyer<br>Complaint Filed: March 8, 2024<br>Trial Date: n/a |
| Rebecca Makkai, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>Databricks, Inc., Mosaic ML, Inc.,<br><br>    Defendants. | Case No. 3:24-cv-02653-CRB<br><br>**RELATED CASE**<br><br>Judge: Hon. Charles R. Breyer<br>Complaint Filed: May 2, 2024<br>Trial Date: n/a |

Pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 3-12(a), Plaintiffs Stewart O'Nan, Abdi Nazemian, Brian Keene, Rebecca Makkai, Jason Reynolds and Defendants Databricks, Inc. and Mosaic ML, LLC, formerly Mosaic ML, Inc., jointly request that the above captioned actions (the "Actions") be related and consolidated for all pretrial and trial proceedings. The parties, by and through their undersigned counsel, stipulate as follows:

1. WHEREAS, Plaintiffs Stewart O'Nan, Abdi Nazemian, and Brian Keene filed a Complaint on March 8, 2024 against Defendants Databricks, Inc. and Mosaic ML, Inc. in *O'Nan, et al. v. Databricks Inc., et al.*, Case No. 3:24-cv-01451-CRB (N.D. Cal. March 8, 2024) (the "*O'Nan* Action") (*O'Nan* Dkt. No. 1);

2. WHEREAS, on May 2, 2024, Plaintiffs Rebecca Makkai and Jason Reynolds filed a Complaint against Defendants Databricks, Inc. and Mosaic ML, Inc. in *Makkai, et al., v. Databricks, Inc., et al.*, Case No. 3:24-cv-02653-CRB (N.D. Cal. May 2, 2024) (the "*Makkai* Action") (*Makkai* Dkt. No. 1);

3. WHEREAS, on May 8, 2024, Plaintiffs filed an Administrative Motion to Consider Whether Cases Should be Related seeking to relate the *Makkai* Action to the *O'Nan* Action (*O'Nan* Dkt. No. 40);

4. WHEREAS, on May 13, 2024, this Court granted the motion and related the *Makkai* Action to the *O'Nan* Action (*O'Nan* Dkt. No. 45; *Makkai* Dkt. No. 19);

5. WHEREAS, on May 15, 2024 and May 21, 2024, Plaintiffs in the *O'Nan* Action met and conferred with Defendants pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and subsequently served Defendants with written discovery;

6. WHEREAS, Plaintiffs for the *O'Nan* Action and *Makkai* Action have operated collaboratively in negotiations with Defendants regarding Rule 26(f) obligations and discovery;

7. WHEREAS, on November 12, 2024, Defendants filed a motion to consolidate the *O'Nan* Action and the *Makkai* Action. *See O'Nan* Dkt. No. 55;

8. WHEREAS, the parties agree that consolidation of the Actions will advance the just and efficient progress of this litigation, reduce case duplication, conserve Court time and resources, avoid the

need to contact parties and witnesses for multiple proceedings, and minimize the expenditure of time and money for all parties involved. *See* Fed. R. Civ. P. 42(a);

9. WHEREAS, the parties agree that discovery is open in the *O'Nan* Action and the *Makkai* Action and will not be affected by consolidation;

10. WHEREAS, the parties have conferred and agreed that going forward, the *O'Nan* Action and the *Makkai* Action shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate and agree that, subject to the approval of the Court,

1. the *O'Nan* Action and the *Makkai* Action shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a); and

2. the *O'Nan* and *Makkai* Actions shall be maintained under Master File Case No. 3:24-cv-01451-CRB (the "Consolidated Action"); and

3. Defendants' motion to consolidate the *O'Nan* and *Makkai* Actions (*O'Nan* Dkt. 55) is denied as moot; and

4. Plaintiffs' counsel shall file a proposal for the appointment of interim lead counsel by December 27, 2024.

Dated: December 2, 2024                                          Respectfully submitted,

                                                                 By: */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com
ecreutz@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
mb@buttericklaw.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle Wagner (admitted *pro hac vice*)
Eura Chang (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612)339-6900
Facsimile:   (612)339-0981
bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
echang@locklaw.com

*Attorneys for Plaintiffs and the Proposed Class in the O'Nan Action*

| | |
|---|---|
| 1    Dated: December 2, 2024 | /s/ *David A. Straite* |
| 2 | Bryan L. Clobes (*pro hac vice anticipated*) |
| | Alexander J. Sweatman |
| 3 | (*pro hac vice anticipated*) |
| | Mohammed R. Rathur |
| 4 | (*pro hac vice anticipated*) |
| | **CAFFERTY CLOBES MERIWETHER** |
| 5 | **& SPRENGEL LLP** |
| | 135 South LaSalle Street, Suite 3210 |
| 6 | Chicago, IL 60603 |
| | Telephone:     312-782-4880 |
| 7 | bclobes@caffertyclobes.com |
| | asweatman@caffertyclobes.com |
| 8 | mrathur@caffertyclobes.com |
| 9 | Amy E. Keller (*pro hac vice*) |
| | Nada Djordjevic (*pro hac vice*) |
| 10 | James A. Ulwick (*pro hac vice*) |
| 11 | **DICELLO LEVITT LLP** |
| | Ten North Dearborn Street, Sixth Floor |
| 12 | Chicago, Illinois 60602 |
| | Tel. (312) 214-7900 |
| 13 | akeller@dicellolevitt.com |
| | ndjordjevic@dicellolevitt.com |
| 14 | julwick@dicellolevitt.com |
| 15 | |
| | David A. Straite (*pro hac vice*) |
| 16 | **DICELLO LEVITT LLP** |
| | 485 Lexington Avenue, Suite 1001 |
| 17 | New York, NY 10017 |
| | Tel. (646) 933-1000 |
| 18 | dstraite@dicellolevitt.com |
| 19 | |
| | *Attorneys for Plaintiffs and the Proposed Class* |
| 20 | *in the Makkai Action* |

| | | |
|---|---|---|
| 1 | Dated: December 2, 2024 | Respectfully Submitted, |
| 2 | | |
| 3 | | By:   /s/ Jedediah Wakefield |
| 4 | | |
| 5 | | Jedediah Wakefield (SBN 178058)<br>Ryan Kwock (SBN 336414) |
| 6 | | **FENWICK & WEST LLP**<br>555 California Street, 12th Floor |
| 7 | | San Francisco, CA 94104<br>Telephone: (415) 875-2300 |
| 8 | | Email: jwakefield@fenwick.com<br>          rkwock@fenwick.com |
| 9 | | |
| 10 | | David Lloyd Hayes (SBN 122894)<br>**FENWICK & WEST LLP** |
| 11 | | 801 California Street<br>Mountain View, CA 94041 |
| 12 | | Telephone: (650) 988-8500<br>Email: dhayes@fenwick.com |
| 13 | | |
| 14 | | Charles Moulins (*pro hac vice*)<br>**FENWICK & WEST LLP** |
| 15 | | 902 Broadway, Suite 14<br>New York, NY 10010 |
| 16 | | Telephone: (212) 430-2600<br>Email: cmoulins@fenwick.com |
| 17 | | |
| 18 | | Deena J.G. Feit (*pro hac vice*)<br>**FENWICK & WEST LLP** |
| 19 | | 401 Union Street, 5th Floor<br>Seattle, WA 98101 |
| 20 | | Telephone: (206) 389-4510<br>Email: dfeit@fenwick.com |
| 21 | | |
| 22 | | Zachary Harned (SBN 335898)<br>**FENWICK & WEST LLP** |
| 23 | | 730 Arizona Avenue, 1st Floor<br>Santa Monica, CA 90401 |
| 24 | | Telephone: (310) 434-5400<br>Email: zharned@fenwick.com |
| 25 | | |
| 26 | | *Attorneys for Defendants* |
| 27 | | *Databricks, Inc. and Mosaic ML, LLC,*<br>*formerly Mosaic ML, Inc.* |
| 28 | | |

**[PROPOSED] ORDER**

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                                                            The Honorable Charles R. Breyer
U.S. District Court Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: December 2, 2024                              */s/ Bryan L. Clobes*
                                                     Bryan L. Clobes