[Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Stewart O'Nan, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>Databricks, Inc., Mosaic ML, Inc.,<br><br>    Defendants. | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**JOINT STIPULATION AND [~~PROPOSED~~]**<br>**ORDER CHANGING CASE CAPTION**<br><br>Judge: Hon. Charles R. Breyer |
| Rebecca Makkai, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>Databricks, Inc., Mosaic ML, Inc.,<br><br>    Defendants. | |

Pursuant to Federal Rules of Civil Procedure 42(a) and 10(a), Plaintiffs Stewart O'Nan, Abdi Nazemian, Brian Keene, Rebecca Makkai, Jason Reynolds and Defendants Databricks, Inc. and Mosaic ML, LLC, formerly Mosaic ML, Inc. (together "Defendants"), jointly request that the docket in *Makkai, et al. v. Databricks, Inc. et al.*, Case No. 3:24-cv-02653-CRB be administratively closed and the case caption in the above captioned action be re-titled to *In Re Mosaic LLM Litigation*. The parties base their stipulation on the following facts:

Plaintiffs Stewart O'Nan, Abdi Nazemian, and Brian Keene filed a Complaint on March 8, 2024 against Defendants in *O'Nan*, *et al. v. Databricks Inc., et al.*, Case No. 3:24-cv-01451-CRB (N.D. Cal. March 8, 2024) (the "*O'Nan* Action") (*O'Nan* Dkt. No. 1);

On May 2, 2024, Plaintiffs Rebecca Makkai and Jason Reynolds filed a Complaint against Defendants in *Makkai, et al.*, *v. Databricks*, *Inc., et al.*, Case No. 3:24-cv-02653-CRB (N.D. Cal. May 2, 2024) (the "*Makkai* Action") (*Makkai* Dkt. No. 1);

On November 26, 2024, the Plaintiffs' counsel and Defendants' counsel in the *O'Nan* and *Makkai* Actions stipulated to the consolidation of the two actions. *O'Nan* Dkt. No. 56;

On December 2, 2024, the Court issued an order granting the stipulation and consolidating the *O'Nan* and *Makkai* Actions. *O'Nan* Dkt. No. 57;

Accordingly, the parties stipulate and agree that, subject to the approval of the Court,

1.   The docket for the *Makkai* Action shall be administratively closed; and
2.   All future filings shall bear the case name:

| *In Re Mosaic LLM Litigation* | Case No. 3:24-cv-01451-CRB |
|---|---|

| | |
|---|---|
| 1   Dated: January 15, 2025 | Respectfully submitted, |
| 2 | By: *Joseph R. Saveri* |
| 3 | Joseph R. Saveri (SBN 130064) |
|   | Christopher K.L. Young (SBN 318371) |
| 4 | Elissa A. Buchanan (SBN 249996) |
|   | Evan Creutz (SBN 349728) |
| 5 | **JOSEPH SAVERI LAW FIRM, LLP** |
|   | 601 California Street, Suite 1505 |
| 6 | San Francisco, California 94108 |
|   | Telephone: (415) 500-6800 |
| 7 | Facsimile: (415) 395-9940 |
| 8 | jsaveri@saverilawfirm.com |
|   | cyoung@saverilawfirm.com |
| 9 | eabuchanan@saverilawfirm.com |
|   | ecreutz@saverilawfirm.com |
| 10 | |
| 11 | Matthew Butterick (SBN 250953) |
|   | 1920 Hillhurst Avenue, #406 |
| 12 | Los Angeles, CA 90027 |
|   | Telephone: (323) 968-2632 |
| 13 | Facsimile: (415) 395-9940 |
|   | mb@butterick law.com |
| 14 | |
| 15 | Brian D. Clark (admitted *pro hac vice*) |
|   | Laura M. Matson (admitted *pro hac vice*) |
| 16 | Arielle Wagner (admitted *pro hac vice*) |
|   | Eura Chang (admitted *pro hac vice*) |
| 17 | **LOCKRIDGE GRINDAL NAUEN PLLP** |
| 18 | 100 Washington Avenue South, Suite 2200 |
| 19 | Minneapolis, MN 55401 |
|   | Telephone: (612)339-6900 |
| 20 | Facsimile: (612)339-0981 |
|   | bdclark@locklaw.com |
| 21 | lmmatson@locklaw.com |
|   | aswagner@locklaw.com |
| 22 | echang@locklaw.com |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Bryan L. Clobes (admitted *pro hac vice*)
Alexander J. Sweatman
(admitted *pro hac vice*)
Mohammed R. Rathur
(admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: 312-782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated: January 15, 2025                           Respectfully Submitted,


By:   */s/ Jedediah Wakefield*

Jedediah Wakefield (SBN 178058)
Ryan Kwock (SBN 336414)
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Email: jwakefield@fenwick.com
           rkwock@fenwick.com

David Lloyd Hayes (SBN 122894)
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Email: dhayes@fenwick.com

Charles Moulins (admitted *pro hac vice*)
**FENWICK & WEST LLP**
902 Broadway, Suite 14
New York, NY 10010
Telephone: (212) 430-2600
Email: cmoulins@fenwick.com

|   |   |
|---|---|
| 1 | |
| 2 | Deena J.G. Feit (admitted *pro hac vice*) |
|   | **FENWICK & WEST LLP** |
| 3 | 401 Union Street, 5th Floor |
|   | Seattle, WA 98101 |
| 4 | Telephone: (206) 389-4510 |
|   | Email: dfeit@fenwick.com |

Zachary Harned (SBN 335898)
**FENWICK & WEST LLP**
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone: (310) 434-5400
Email: zharned@fenwick.com

*Attorneys for Defendants*
*Databricks, Inc. and Mosaic ML, LLC,*
*formerly Mosaic ML, Inc.*

**[PROPOSED] ORDER**

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

Dated: January 16, 2025

_____
The Honorable Charles R. Breyer
U.S. District Court Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: January 15, 2025                                              /s/ Laura M. Matson
                                                                      Laura M. Matson